STATE OF MAINE                          UNIFIED CRIMINAL DOCKET
KENNEBEC, ss.                           AUGUSTA
                                        DOCKET NO. CD-CR-17-20165


STATE OF MAINE


v.                                      **ORDER OF COURT**


DANNY D. McDOUGAL,
        Defendant


        After discussing this matter with counsel of record at a dispositional conference on October 24, 2017, it is **ordered**:

        1. The State has been ordered to designate any expert witness(es) it expects to call in this matter on or before November 24, 2017 as well as provide a summary of their expected testimony at the same time.

        2. Defendant shall have until December 30, 2017 to designate its own expert and provide the State with a summary of their expected testimony at the same time.

        3. This case is set for the February, 2018 trial term in light of the above. Given the age of this case and its felony nature, counsel agree it shall be given priority in February for trial, excepting those defendants in custody and other crimes of violence.

Date: 11/1/17

                                BY _____
                                    **Robert E. Mullen, Deputy Chief Justice**
                                    **Maine Superior Court**